UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUWAYNE JACKSON,<br><br>          Petitioner,<br><br>     v.<br><br>RALPH DIAZ, Warden,<br><br>          Respondent. | NO. ED CV 13-01765-JVS (AS)<br><br>**JUDGMENT** |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: October 7, 2013

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE